UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tricia Myers, | Case No. 24-CV-03890 (JMB/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Adam Kleffman, *official capacity*;<br>Jane Doe, *Deputy – official capacity*;<br>John Doe, *Deputy – official capacity*;<br>and St. Louis County, *official capacity*, | |
| Defendants. | |

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Leo I. Brisbois dated November 19, 2024.  (Doc. No. 3.)  The R&R recommends that the Court dismiss this action under 28 U.S.C. § 1915(e)(2) and deny the pending Application to Proceed in District Court without Prepaying Fees or Costs (IFP Application) as moot.  (*Id.* at 8.)  Neither party has objected to the R&R, and the time do so has now passed.  *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 3) is ADOPTED;

2. The IFP Application (Doc. No. 2) is DENIED as moot; and

3. The action is DISMISSED without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 8, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court

2